UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SWVP MONTEREY, LLC,<br><br>　　　　　　Defendant. | Case No. 20-cv-00136-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 9 |

The parties having filed a Notice of Settlement (Dkt. No. 9), the Court orders as follows:

On or before **April 27, 2020**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **May 12, 2020**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **May 5, 2020** advising as to (1) the status of their activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: March 16, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge